1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8
9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16

| UNITED STATES OF AMERICA,  )  | NO. 2:20-MJ-03535-DUTY-1 |
|---|---|
| Plaintiff, ) | |
| ) | ORDER OF DETENTION AFTER |
| v. ) | HEARING |
| ) | |
| THOMAS JACKSON, ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. ) | 18 U.S.C. 3143(a)] |

17

18   The defendant having been arrested in the Central District of California pursuant to a
19   warrant issued by the United States District Court for the Northern District of California for
20   alleged violation of the terms and conditions of the defendant's supervised release; and
21   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal
22   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23   The Court finds that:
24   \\
25   \\
26   \\
27
28

1

A. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to proffer sufficient evidence to meet the defendant's burden on this issue.

and

B. (X) The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to proffer sufficient evidence to meet the defendant's burden on this issue, criminal history, and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: July 28, 2020

*[signature]*
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE